# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LEEANDREW LUCERO,

    Plaintiff,

v.                                                        CV 15-588 WPL

CAROLYN W. COLVIN, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order entered on this date, the Court enters this judgment affirming the decision of the Commissioner and dismissing this action with prejudice.

                                                    _____
                                                    William P. Lynch
                                                    United States Magistrate Judge